AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**VICTORIA SMITLEY,**

       **Plaintiff,**

**v.**

**NISSAN NORTH AMERICA, INC.,**

       **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-09-148**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 2, 2010, JUDGMENT is hereby entered for the Defendant. This case is DISMISSED.**

Date: August 2, 2010

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk